OSSINING NAT. BANK v. BLAKE et al. (Supreme Court, Appellate Division, Second De-

partment. October 31, 1913.) Action by the Ossining National Bank against Michael Blake and others. No opinion. Order reversed, with $10 costs and disbursements, and ordered that plaintiff state and number as separate causes of action the several transfers as in the notice of motion enumerated, save that the fifth and sixth enumerations may be stated and numbered as a single cause of action.